IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD IVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-00091-JPG |
| ) | |
| RICHARD WATSON, ) | |
| OFFICER HUMPHREY, ) | |
| OFFICER BEATTIE, and ) | |
| OFFICER WAGNER, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

On January 27, 2014, Plaintiff Ivy, an inmate at the St. Clair County Jail, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated February 18, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 7).

Plaintiff was directed to file a complaint by March 20, 2014 (Doc. 7). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and

failure to prosecute this action.  Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED:  May 16, 2014**

<u>s/ J. Phil Gilbert</u><br>**U.S. District Judge**