# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

HAROLD IVY,                              )
                                         )
      Plaintiff,                    )
                                         )
vs.                                      )    Case No. 14-cv-00091-JPG
                                         )
RICHARD WATSON, *et al.*,                )
                                         )
      Defendants.                   )

## MEMORANDUM AND ORDER

This matter comes before the court on Plaintiff's Motion (Doc. 13) for Extension of Time to File an Amendment.  The Court notes that this matter was dismissed with prejudice (Doc. 10) on May 20, 2014.  As such, Plaintiff's Motion (Doc. 13) for Extension of Time to File an Amendment is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

**DATED:**  12/22/2014

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**